UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON HASSAY,<br><br>    Plaintiff,<br><br>v.<br><br>VA HEALTH CARE SAN FRANCISCO,<br><br>    Defendant. | Case No. 18-cv-04934-TSH<br><br>**ORDER GRANTING MOTION TO DISMISS**<br><br>Re: Dkt. No. 20 |

Pending before the Court is Defendant VA Health Care San Francisco's motion for an order (1) dismissing the VA and any of its components as a defendant to Plaintiff Aaron Hassay's claims asserted in this case and (2) substituting the United States of America as the sole proper defendant. On February 28, 2019, the Court held a hearing, at which time Mr. Hassay stated he does not oppose the motion. Accordingly, the motion is **GRANTED**. The Court hereby **DISMISSES** the VA as a defendant in this case and **SUBSTITUTES** the United States of America as the proper defendant. The Clerk directs the Clerk of Court to revise the docket and caption accordingly.

**IT IS SO ORDERED.**

Dated: February 28, 2019

_____
THOMAS S. HIXSON
United States Magistrate Judge